THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DRUT TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | No. 2:21-cv-01653-BJR <br><br> STIPULATION EXTENDING DEADLINE TO RESPOND TO COMPLAINT AND ORDER |

Defendant Microsoft Corporation ("Microsoft") and Plaintiff Drut Technologies, Inc., ("Drut") (and, collectively, "the Parties") hereby stipulate to extend the deadline to respond to Drut's complaint (filed on Friday, December 10, 2021) to February 1, 2022.

STIPULATION EXTENDING DEADLINE TO
RESPOND TO COMPLAINT AND ORDER – 1
(NO. 2:21-CV-01653-BJR)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1   Dated: January 7, 2022

2   By:  s/ *Eliot M. Harris*  
Eliot M Harris, WSBA #36590  
3   By:  s/ *Gabrielle Lindquist*  
Gabrielle Lindquist, WSBA #57177  
4   **Williams Kastner & Gibbs (SEA)**  
5   Two Union Square  
601 Union ST, STE 4100  
6   Seattle, WA 98101  
7   Telephone: 206.948.7483  
Facsimile: 206.628.6611  
8   eharris@williamskastner.com  
glindquist@williamskastner.com  
9  
10  By:  s/ *Colin Hagan*  
Colin Hagan (admitted *pro hac vice*)  
11  By:  s/ *David J. Shlansky*  
David J Shlansky (admitted *pro hac vice*)  
12  **Shlansky Law Group LLP**  
1 Winnisimmet ST  
13  Chelsea, MA 02150  
14  Telephone: 617.497.7200  
colin.hagan@slglawfirm.com  
15  david.shlansky@slglawfirm.com  

16  *Attorneys for Plaintiff Drut Technologies, Inc.*

By: s/ *Judith B. Jennison*  
Judith B. Jennison, WSBA #36463  
By:  s/ *David A. Perez*  
David A. Perez, WSBA #43959  
By:  s/ *Alison R. Caditz*  
Alison R. Caditz, WSBA #51530  
By:  s/ *Christian Marcelo*  
Christian Marcelo, WSBA #51193  
**Perkins Coie LLP**  
1201 Third Avenue, Suite 4900  
Seattle, Washington 98101-3099  
Telephone: 206.359.8000  
DPerez@perkinscoie.com  
JJennison@perkinscoie.com  
ACaditz@perkinscoie.com  
CMarcelo@perkinscoie.com  

*Attorneys for Plaintiff Microsoft Corporation*

17  
18  
19  
20  
21  
22  
23  
24  
25  
26  

STIPULATION EXTENDING DEADLINE TO  
RESPOND TO COMPLAINT AND ORDER – 2  
(No. 2:21-cv-01653-BJR)

# ORDER

This matter comes before the Court on the Parties' Stipulation to Extend Deadline to Respond to Complaint. Dkt. No. 13. The Court, having considered the Parties' stipulation, hereby GRANTS the stipulation and ORDERS that Defendant shall have until February 1, 2022 to respond to Plaintiff's complaint.

DATED this 7th day of January, 2022.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER
(No. 2:21-cv-01653-BJR) –3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000