UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DRUT TECHNOLOGIES, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICROSOFT CORPORATION, INC.,<br><br>　　　　　Defendant. | NO. 2:21-cv-01653-BJR<br><br>ORDER GRANTING MOTION TO EXTEND DEADLINE TO FILE OPPOSITION TO MOTION TO DISMISS |

This matter comes before the Court on the parties' Stipulation and Assented-To Motion to Extend Deadline to File Opposition to Motion to Dismiss. Dkt. No. 20. The Court GRANTS the motion and ORDERS that Plaintiff shall have until March 7, 2022, to file its opposition to Defendant's pending motion to dismiss.

DATED February 3, 2022.

　　　　　　　　　　　　　　　　　　　　　*Barbara J. Rothstein*
　　　　　　　　　　　　　　　　　　　　　Barbara Jacobs Rothstein
　　　　　　　　　　　　　　　　　　　　　U.S. District Judge

ORDER - 1