THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DRUT TECHNOLOGIES, INC., | No. 2:21-cv-01653-BJR |
| Plaintiff, | STIPULATION EXTENDING DEADLINE FOR INITIAL DISCLOSURES AND ORDER |
| v. | |
| MICROSOFT CORPORATION, | |
| Defendant. | |

Defendant Microsoft Corporation and Plaintiff Drut Technologies, Inc. (collectively, "the Parties") hereby stipulate to extend the deadline to exchange Initial Disclosures (currently February 14, 2022; *see* Dkt. No. 15) until 14 days following the date on which Microsoft files its Answer to Drut's Complaint or, if granted leave to amend, Drut's Amended Complaint.

STIPULATION EXTENDING DEADLINE FOR
INITIAL DISCLOSURES – 1
(NO. 2:21-CV-01653-BJR)

155774017.1

1

Dated: February 11, 2022

2

By: _s/ David A. Perez_   By: _s/ Eliot M. Harris_

3

David A. Perez, WSBA #43959   Eliot M. Harris, WSBA #36590

Judith B. Jennison, WSBA #36463   Gabrielle Lindquist, WSBA #57177

4

Alison R. Caditz, WSBA #51530   **Williams Kastner & Gibbs (SEA)**

5

Christian Marcelo, WSBA #51193   Two Union Square

**Perkins Coie LLP**   601 Union ST, STE 4100

6

Seattle, WA 98101

1201 Third Avenue, Suite 4900   Telephone: 206.948.7483

7

Seattle, Washington 98101-3099   Facsimile: 206.628.6611

Telephone: 206.359.8000   eharris@williamskastner.com

8

DPerez@perkinscoie.com   glindquist@williamskastner.com

JJennison@perkinscoie.com

9

ACaditz@perkinscoie.com

CMarcelo@perkinscoie.com   Colin Hagan (admitted _pro hac vice_)

10

David J. Shlansky (admitted _pro hac vice_)

_Attorneys for Defendant Microsoft_   **Shlansky Law Group LLP**

11

_Corporation_   1 Winnisimmet ST

Chelsea, MA 02150

12

Telephone: 617.497.7200

13

colin.hagan@slglawfirm.com

david.shlansky@slglawfirm.com

14

_Attorneys for Plaintiff Drut Technologies, Inc._

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION EXTENDING DEADLINE FOR
INITIAL DISCLOSURES – 2
(No. 2:21-cv-01653-BJR)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

155774017.1

1

## ORDER

2       This matter comes before the Court on the Parties' Stipulation Extending Deadline for Initial

3   Disclosures.  The Court GRANTS the motion and ORDERS that the Parties shall exchange their

4   Initial Disclosures no later than 14 days following the date on which Microsoft files its Answer to

5   Drut's Complaint or, if granted leave to amend, Drut's Amended Complaint.

6       DATED February 11, 2022.

7

8   *Barbara J Rothstein*

9   Barbara Jacobs Rothstein
    U.S. District Judge
10

11

**PRESENTED BY:**
12  *s/ David A. Perez*
    David A. Perez, WSBA #43959
13  Judith B. Jennison, WSBA #36463
    Alison R. Caditz, WSBA #51530
14  Christian Marcelo, WSBA #51193
15  **PERKINS COIE LLP**
16  1201 Third Avenue, Suite 4900
    Seattle, WA  98101-3099
17  Telephone: 206.359.8000
    JJennison@perkinscoie.com
18  DPerez@perkinscoie.com
    ACaditz@perkinscoie.com
19  CMarcelo@perkinscoie.com
20
    *Attorneys for Microsoft Corporation*
21

22

23

24

25

26

ORDER – 3
(NO. 2:21-CV-01653-BJR)

**Error! Unknown document property name.**

1
    *s/ Eliot M. Harris*
2
    Eliot M. Harris, WSBA #36590
    Gabrielle Lindquist, WSBA #57177
3
    **Williams Kastner & Gibbs (SEA)**
4
    Two Union Square
    601 Union ST, STE 4100
5
    Seattle, WA 98101
    Telephone: 206.948.7483
6
    Facsimile: 206.628.6611
    eharris@williamskastner.com
7
    glindquist@williamskastner.com
8
    *s/ Colin Hagan*
    Colin Hagan (admitted *pro hac vice*)
9
    *s/ David J. Shlansky*
    David J. Shlansky (admitted *pro hac vice*)
10
    **Shlansky Law Group LLP**
11
    1 Winnisimmet ST
    Chelsea, MA 02150
12
    Telephone: 617.497-7200
    colin.hagan@slglawfirm.com
13
    david.shlansky@slglawfirm.com
14
    *Attorneys for Plaintiff Drut Technologies, Inc.*
15
16
17
18
19
20
21
22
23
24
25
26

ORDER
(No. 2:21-cv-01653-BJR) –4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

155774017.1