THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DRUT TECHNOLOGIES, INC., | No. 2:21-cv-01653-BJR |
| Plaintiff, | **STIPULATION EXTENDING CASE DEADLINES AND ORDER** |
| v. | |
| MICROSOFT CORPORATION, | |
| Defendant. | |

Defendant Microsoft Corporation and Plaintiff Drut Technologies, Inc. (collectively, "the Parties") hereby stipulate and jointly move to change certain deadlines pursuant to Federal Rule of Civil Procedure 6 and LCR 10(g). The Parties have made significant progress in resolving the dispute and believe the extension will help facilitate the early resolution of this matter. The Parties have not previously moved to extend any of the below deadlines.

| Description | Current Dates | Proposed Dates |
|---|---|---|
| Reports from expert witness due | November 28, 2022 | January 27, 2023 |
| Close of Discovery | December 28, 2022 | February 28, 2023 |
| Dispositive Motion Deadline | January 27, 2023 | March 28, 2023 |
| Motion *in limine* deadline | May 22, 2023 | Same |
| Joint Pretrial Statement Due | May 30, 2023 | Same |
| Pretrial conference | June 12, 2023 | Same |
| Jury Trial (5 days) | June 26 - June 30, 2023 | Same |

STIPULATION EXTENDING CASE DEADLINES
AND ORDER – 1
(NO. 2:21-CV-01653-BJR)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1   Dated: November 23, 2022

2   By:   s/ *David. A Perez*                By:   s/ *Eliot M. Harris*

3   David A. Perez, WSBA #43959          Eliot M. Harris, WSBA #36590
    Judith B. Jennison, WSBA #36463      Gabrielle Lindquist, WSBA #57177
4   Alison R. Caditz, WSBA #51530        **Williams Kastner & Gibbs (SEA)**
    Christian Marcelo, WSBA #51193       Two Union Square
5   **Perkins Coie LLP**                 601 Union ST, STE 4100
6   1201 Third Avenue, Suite 4900        Seattle, WA 98101
    Seattle, Washington 98101-3099       Telephone: 206.948.7483
7   Telephone: 206.359.8000              Facsimile: 206.628.6611
    DPerez@perkinscoie.com               eharris@williamskastner.com
8   JJennison@perkinscoie.com            glindquist@williamskastner.com
9   ACaditz@perkinscoie.com
    CMarcelo@perkinscoie.com             Colin Hagan (admitted *pro hac vice*)
10                                       David J. Shlansky (admitted *pro hac vice*)
    *Attorneys for Defendant Microsoft   **Shlansky Law Group LLP**
11  Corporation*                         1 Winnisimmet ST
12                                       Chelsea, MA 02150
                                         Telephone: 617.497.7200
13                                       colin.hagan@slglawfirm.com
                                         david.shlansky@slglawfirm.com
14
                                         *Attorneys for Plaintiff Drut Technologies, Inc.*
15

STIPULATION EXTENDING CASE DEADLINES
AND ORDER – 2
(No. 2:21-cv-01653-BJR)

**ORDER**

Based on the foregoing, IT IS SO ORDERED.

DATED this 28th day of November, 2022.

_____
HONORABLE BARBARA J. ROTHSTEIN
U.S. District Judge

STIPULATION EXTENDING CASE DEADLINES
AND ORDER – 3
(NO. 2:21-CV-01653-BJR)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000